947 A.2d 709

**WHITE DEER TOWNSHIP, Respondent**

v.

**Charles NAPP, Helen Napp, Leonard Caris, Doris Caris, Charlotte Hartranft, And Donald Bird, Petitioners.**

Supreme Court of Pennsylvania.

April 22, 2008.

## *ORDER*

PER CURIAM.

AND NOW, this 22nd day of April, 2008, the Petition for Allowance of Appeal is **GRANTED.** The issues, as stated by Petitioners, are:

(1) Whether a Second Class Township can provide post-retirement medical insurance, supplementing Medicare, to Township Supervisors who are also employees, who have been employed by the Township for a minimum of twenty years?

(2) Whether the Commonwealth Court erred in finding that the Township's complaint was not time-barred?